**UNITED STATES of America, Plaintiff—Appellee,**

**v.**

**Clifford James SCHUETT, Defendant—Appellant.**

**No. 10–10243.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 23, 2011.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Michael Chu, Assistant U.S., USLV–Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Clifford James Schuett appeals from the 42–month sentence imposed following his guilty-plea conviction for threatening to kill or cause damage by explosive, a violation of 18 U.S.C. § 844(e). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Schuett contends that his sentence is substantively unreasonable given his criminal history and his motivation for committing the offense. In light of the totality of the circumstances and the factors set forth in 18 U.S.C. § 3553(a), particularly the need for the sentence to reflect the seriousness of the crime and to protect the public, the district court's sentence is not substantively unreasonable. *See United*

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*States v. Carty,* 520 F.3d 984, 993–94 (9th Cir.2008) (en banc).

**AFFIRMED.**